Sayre Land Company *v.* Pennsylvania Public Utility Commission, Appellant.

Argued May 22, 1962. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*Edward Munce,* Assistant Counsel, with him *Joseph I. Lewis,* Chief Counsel, for Pennsylvania Public Utility Commission, appellant.

*James H. Booser,* with him *Harry H. Frank,* and *McNees, Wallace & Nurick,* for appellee.

OPINION PER CURIAM, November 13, 1962:
Order of the Superior Court reversing decree of the lower court is affirmed on the opinion of Judge ERVIN, 196 Pa. Superior Ct. 417, 175 A. 2d 307 (1961).

Mr. Justice COHEN and Mr. Justice EAGEN would reverse the order of the Superior Court and reinstate the final decree of the Court of Common Pleas of Dauphin County.